UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELLE MAZZOLA, in her individual capacity and in her capacity as Mother of BABY DOE, Guy Mazzola in his individual capacity and in his capacity as Father of BABY DOE, AMEC, LLC, and LISA KULLER, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>          v.<br><br>ANTHEM HEALTH PLANS, INC., CARELON BEHAVIORAL HEALTH, INC., and ELEVANCE HEALTH, INC.<br><br>          Defendants. | PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP RULE 7.1<br><br>Case No. 25-cv-01433 |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Amec, LLC (the only non-governmental corporate plaintiff) states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: September 5, 2025

                                  **IZARD, KINDALL & RAABE, LLP**

                                  By: /s/ *Craig A. Raabe*
                                  Craig Raabe (ct01601)
                                  Robert Izard (ct04116)
                                  Seth Klein (ct18121)
                                  29 South Main Street, Suite 305
                                  West Hartford, CT 06107
                                  (860) 493-6292
                                  craabe@ikrlaw.com

**POLLOCK COHEN LLP**

By: /s/ *Adam Pollock*
Adam Pollock (ct 31912)
Steve Cohen*
111 Broadway, Suite 1804
New York, NY 10006
(212) 337-5361
Adam@Pollockcohen.com
Scohen@PollockCohen.com

**WALDEN MACHT HARAN & WILLIAMS LLP**

By: /s/ *Jacob Gardener*
Jacob Gardener*
250 Vesey St., 27th Floor
New York, NY 10281
(212) 335-2965
jgardener@wmhwlaw.com

*\* to be admitted pro hac vice*

*Attorneys for Plaintiffs*