UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELLE MAZZOLA, individually and as mother of BABY DOE; GUY MAZZOLA, individually and as father of BABY DOE; AMEC, LLC; and LISA KULLER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ANTHEM HEALTH PLANS, INC., CARELON BEHAVIORAL HEALTH, INC., and ELEVANCE HEALTH, INC.,<br><br>    Defendants. | Civil Action No. 3:25-cv-01433-OAW |

**DEFENDANTS' MOTION TO DISMISS COMPLAINT**

Defendant Anthem Health Plans, Inc., Carelon Behavioral Health, Inc., and Elevance Health, Inc., by and through their attorneys, respectfully submit this motion to dismiss Complaint of Plaintiffs Michelle Mazzola, Guy Mazzola, Baby Doe, Amec, LLC, and Lisa Kller pursuant to the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") Rule 12(b)(2) and (6). In support of this motion, Defendants rely upon the attached supporting memorandum of law, which is incorporated herein by reference.

WHEREFORE, Defendants respectfully request that the Court dismiss the Complaint with prejudice.

*[Signature follows on next page]*

321893620v1

Dated: November 10, 2025

Respectfully Submitted,

By:   /s/ *Stefanie Cerrone*
    Stefanie Cerrone
    Matthew J. Aaronson (*pro hac vice* to be submitted)
    TROUTMAN PEPPER LOCKE LLP
    875 Third Avenue
    New York, NY 10022
    T: (212) 704-6000
    matthew.aaronson@troutman.com
    stefanie.cerrone@troutman.com

*Attorneys for Defendants Anthem Health Plans, Inc., Carelon Behavioral Health, Inc. and Elevance Health, Inc.*

321893620v1

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF to all counsel of record on this 10th day of November 2025.

/s/ *Stefanie Cerrone*
Stefanie Cerrone

321893620v1