UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELLE MAZZOLA, in her individual capacity and in her capacity as mother of BABY DOE, GUY MAZZOLA, in his individual capacity and in his capacity as father of BABY DOE, AMEC, LLC, and LISA KULLER, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>ANTHEM HEALTH PLANS, INC., CARELON BEHAVIORAL HEALTH, INC., and ELEVANCE HEALTH, INC.<br><br>        Defendants. | 3:25-CV-01433 (OAW)<br><br>December 1, 2025 |

**CONSENT MOTION TO AMEND COMPLAINT AND SET BRIEFING SCHEDULE**

Plaintiffs hereby move, with Defendants' consent, to amend their complaint pursuant to Rule 15(a)(1)-(2) of the Federal Rules of Civil Procedure ("FRCP"). In support of this motion, Plaintiffs assert the following:

1. On September 3, 2025, Plaintiffs filed their original complaint. On November 10, 2025, Defendants moved to dismiss the complaint. The motion to dismiss made a number of arguments regarding purported deficiencies in the complaint. Plaintiffs have amended the complaint to address many of these purported deficiencies.

2. Under Rule 15(a)(1), Plaintiffs have the right to amend the complaint as a matter of course within 21 days of Defendants' motion to dismiss (*i.e.*, on or before December 1, 2025). Thus, the present motion to amend the complaint, which is being filed within the 21-day period, is unnecessary under the FRCP. However, the District of Connecticut's

1

Order on Pretrial Deadlines states that a party must obtain the court's approval in order to amend a complaint more than 60 days after the complaint was filed.

3. Although the FRCP (which does not require the present motion to amend the complaint) preempt any conflicting local rules, *see* FRCP 83, Plaintiffs are nonetheless filing this motion in order to comply with the Court's Order on Pretrial Deadlines.

4. A clean version of the First Amended Complaint is attached hereto as Exhibit A.

5. A redline of the First Amended Complaint is attached hereto as Exhibit B.

6. Although their consent is not required under the FRCP, Defendants consent to Plaintiffs amending the complaint.

7. Plaintiffs have conferred with Defendants, and the parties jointly propose the following schedule:

    a. Defendants will file a motion to dismiss the First Amended Complaint by January 23, 2026;

    b. Plaintiffs will file their opposition by March 2, 2026; and

    c. Defendants will file their reply by March 27, 2026.

WHEREFORE, Plaintiffs move to amend the complaint in the form attached as Exhibit A and ask the Court to adopt the parties' proposed briefing schedule.

**IZARD, KINDALL & RAABE, LLP**

By: */s/ Craig A. Raabe*
Craig Raabe (ct01601)
Robert Izard (ct04116)
Seth Klein (ct18121)
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6292
craabe@ikrlaw.com

**POLLOCK COHEN LLP**

By: /s/ *Adam Pollock*
Adam Pollock (ct31912)
Steve Cohen*
111 Broadway, Suite 1804
New York, NY 10006
(212) 337-5361
Adam@Pollockcohen.com
Scohen@PollockCohen.com

**WALDEN MACHT HARAN & WILLIAMS LLP**

By: /s/ *Jacob Gardener*
Jacob Gardener*
250 Vesey St., 27th Floor
New York, NY 10281
(212) 335-2965
jgardener@wmhwlaw.com

* *to be admitted pro hac vice*

*Attorneys for Plaintiffs*